UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| MADISON HORIZON PARTNERS, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TOWER MANUFACTURING COMPANY,)<br>ROBERTSON INCORPORATED d/b/a )<br>TOWER MANUFACTURING )<br>COMPANY/CORPORATION, and )<br>J. ROBERT COOKE, )<br>)<br>Defendants. ) | Case No.  4:19-cv-00071-TWP-DML |

**ORDER DISMISSING CASE WITH PREJUDICE**

The Court, on the stipulation dismissing this case with prejudice filed by Plaintiff Madison Horizon Partners, LLC and Defendants Tower Manufacturing Company and J. Robert Cooke, now hereby GRANTS the motion.

All claims and counterclaims in this case are hereby DISMISSED WITH PREJUDICE. Each party shall bear its own costs.

IT IS SO ORDERED, ADJUDGED, AND DECREED.

Date: 4/7/2020

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:
All ECF-registered counsel of record via email generated by the court's ECF system.